United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:14-cv-11616-FDS

**Plaintiff**

Mark G Bulman

V.

**Defendant**

Santander Bank, N.A.

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) the Plaintiff, Mark G. Bulman, by and through his counsel, hereby dismisses this action, without prejudice, each party to pay his or her own costs and attorney's fees.

DATED: April 2, 2014

Respectfully submitted, attorney for the Plaintiff,

Mark G. Bulman

(2)

*[signature: Robert K. Cabana]*

Robert K. Cabana ESQ BBO 6418985

1354 Hancock Street, Suite 206

Quincy, MA 02169

Tel no. 617-405-4283

E-mail: Rkc6068@aol.com

CERTIFICATE OF SERVICE

I, hereby, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on April 2, 2014

*[signature: Robert K. Cabana]*

Robert K. Cabana ESQ

Registered participant:

**Representing Defendant, Santander Bank:**

**Mary Ellen Manganelli**
Bulkley Richardson & Gelinas
125 High Street
Oliver Street Tower, 16th Flr.
Boston, MA 02110
617-368-2500
Fax: 617-368-2525
Email: mmanganelli@bulkley.com